Raul Pinto (NC Bar No. 42310)
AMERICAN IMMIGRATION COUNCIL
PMB2026
2001 L Street N.W., Suite 500
Washington, DC 20036
Telephone: (202) 507-7549
rpinto@immcouncil.org

*Attorney for Plaintiffs*
AMERICAN IMMIGRATION COUNCIL and
CENTER FOR GENDER & REFUGEE STUDIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL and CENTER FOR GENDER AND REFUGEE STUDIES,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Case No. 3:23-CV-05270-SK<br><br>**JOINT STATUS REPORT** |

Plaintiffs and Defendants (collectively, the "Parties") submit this Joint Status Report in accordance with the Court's August 6, 2024 Order. *See* Dkt. 43.

1. This case concerns a FOIA request seeking five categories of records regarding U.S. Customs and Border Protection's implementation of the "CBP One" mobile phone application.

2. Defendants' response to the FOIA request is ongoing. The Parties reached agreement on the scope of the response and the records to be searched. The Parties informed the Court of the parameters of the agreement in the February 5, 2024 Joint Case Management Statement. *See* Dkt. 28. On May 22, 2024, the Parties filed a Stipulation Regarding Case Management and FOIA Record Production. *See* Dkt. 32. The Stipulation memorialized and informed the Court of the agreed upon rate of production.

3. Defendants began processing and producing responsive documents as a result of such agreement. Plaintiffs received:

a) 268 pages with redactions on April 22, 2024;

b) 35 pages with redactions on May 22, 2024, and Defendant notified Plaintiffs it sent 262 pages to other government agencies for consultation;

c) 469 pages with redactions on June 24, 2024;

d) 58 pages with redactions on July 22, 2024, and Defendant notified Plaintiffs it sent 139 pages to other government agencies for consultation. Defendants produced seven pages sent for consultation in its August 22, 2024 production;

e) 74 pages with redactions on August 22, 2024, and Defendant notified Plaintiffs it sent 108 pages to other government agencies for consultation; and

f) 1,019 pages with redactions on September 22, 2024.

4. Defendants informed Plaintiffs that there are 22,000 pages remaining to be processed.

5. Plaintiffs continue to review Defendants' monthly productions. At this time, the Parties do not have legal issues that require the Court's intervention.

6. On August 6, 2024, Judge Kang vacated the September 30, 2024 deadline for a settlement conference and ordered that the Parties file a status report by October 1, 2024, regarding re-scheduling the settlement conference procedures or continuing to hold those in abeyance. *See* Dkt. 43.

7. At this time, the Parties request that the Court continue to hold the settlement conference in abeyance as Defendants continue to produce documents on a monthly basis.

8. The Parties propose filing another joint status report on or before December 2, 2024.

IT IS SO STIPULATED

DATED: October 1, 2024                          Respectfully submitted,

                                                                            ISMAIL J. RAMSEY
United States Attorney

/s/ *Michael A. Keough*
MICHAEL A. KEOUGH
Assistant United States Attorney

*Attorneys for Defendants*

|  |  |
|---|---|
| 1 | /s/ *Raul Pinto*\* |
| 2 | RAUL PINTO<br>SUCHITA MATHUR<br>American Immigration Council |
| 4 | NEELA CHAKRAVARTULA<br>Center for Gender and Refugee Studies |
|  | *Attorneys for Plaintiffs* |

\* *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED] CASE MANAGEMENT ORDER**

The above JOINT STATUS REPORT & [PROPOSED ORDER] is approved as the Case Management Order for this case, and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]

DATE: _____

THE HONORABLE SALLIE KIM
United States Magistrate Judge