1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  MICHAEL A. KEOUGH (NYRN 5199666)
   Assistant United States Attorney
4
       1301 Clay Street, Suite 340S
5      Oakland, California 94612-5217
       Telephone: (510) 637-3721
6      Facsimile:  (510) 637-3724
       michael.keough@usdoj.gov
7
   *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL and CENTER FOR GENDER AND REFUGEE STUDIES,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendants. | Case No. 3:23-CV-05270-SK<br><br>**JOINT CASE MANAGEMENT STATEMENT AND JOINT STATUS REPORT** |

Pursuant to Local Rule 16-10(d), Plaintiffs and Defendants (collectively, the "Parties") submit this Joint Status Report and Joint Case Management Statement.  The Parties' prior status reports and joint case management statement (Dkt. 48, 51, 53, 54) remain accurate.

At midnight on September 30, 2025, appropriations funding the Department of Justice expired and the Court stayed the matter in response to a joint request by the parties.  *See* Dkt. 57.  Deadlines in the case were stayed for "a period of time commensurate with the duration of the lapse in appropriations."  *See id.*  Appropriations were restored on the evening of November 12, 2025, for a total lapse of 43 days.

Now that appropriations have been restored, the agency has resumed processing records on the agreed-upon schedule. The majority of documents to be reviewed have been released. The agency expects to resume productions with a December release now that appropriations have been restored. The remaining records to be released are the 347 pages that are outstanding for consult to other agencies. *See* Dkt. 54. The Parties do not presently have any disputes that require the Court's intervention. Per docket no. 37, the Parties will file another status report by March 25, 2026 (or before, once document production is complete).

DATED:  November 25, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

 /s/ *Michael A. Keough*
MICHAEL A. KEOUGH
Assistant United States Attorney

*Attorneys for Defendants*

/s/ *Raul Pinto**
NEELA CHAKRAVARTULA
Center for Gender and Refugee Studies

RAUL PINTO
SUCHITA MATHUR
American Immigration Council

*Attorneys for Plaintiffs*

\* *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*